Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorney for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GARY D. MARSHALL,** <br><br> Plaintiff, <br><br> vs. <br><br> Commissioner of Social Security Administration, <br><br> Defendant. <br> _____ | Case No. 6:15-cv-01194-SI <br><br> **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $34,339.25, reduced by $6310.07 EAJA fees, for a net of $28,029.18 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b).  Defendant shall pay this amount to Plaintiff's counsel Drew L. Johnson less an administrative assessment pursuant to 42 U.S.C. 406(d).  There are no other costs.

IT IS SO ORDERED this __3rd__ day of __January, 2018_____

　　　　　　　　　　　　　　　　　　　___/s/ Michael H. Simon_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -　　　　1